UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARLTON HALL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner,<br>Social Security Administration<br><br>    Defendant. | Case No.:   3:14-cv-00277-SI<br><br><br>ORDER AWARDING ATTORNEY<br>FEES PER 28 USC 2412(d) |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $6,785.14 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR

Page 3 – PETITION FOR EAJA FEES

97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this __30th__ day of __April__, 2015.

                                                   /s/ Michael H. Simon
                                                 UNITED STATES DISTRICT JUDGE

Proposed Order submitted:               Date:  April 29, 2015.

/s/ George J. Wall

George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Carlton Hall

Page 4 – PETITION FOR EAJA FEES